**Carol Thoits (7598)**
___

**From:** Doug Kleeman (1342)
**Sent:** Tuesday, September 27, 2016 6:15 PM
**To:** Carol Thoits (7598)
**Subject:** FW: Institute


**Doug Kleeman**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA  70130-6534
Direct:  504.584.9342
Fax:  504.5689130
Doug.Kleeman@phelps.com
phelpsdunbar.com

# PHELPS DUNBAR

Louisiana | Mississippi | Florida
Texas | Alabama | North Carolina | London

---

**From:** Doug Kleeman (1342)
**Sent:** Tuesday, August 30, 2016 4:00 PM
**To:** lpatricios@zpwlaw.com; Bryan Cleveland, Esq. (bcleveland@zpwlaw.com)
**Cc:** Katherine Karam Quirk (1264); Sandy Maynard (1543)
**Subject:** Institute

Leon and Bryan,

Can you please send me your billing statements that identify the costs and time billed (including tasks for each time entry) for your work on the *Schneer* suit and the dec action?  Since your claim includes attorneys fees (and since it would be great to resolve everything at mediation), we will need support for your claim of $106k in costs/fees in the *Schneer* Suit and $152,000 in costs/fees in the dec action.  I will follow this with a formal request for production, but I wanted to get a head start given that mediation is next week.  Thanks very much.


**Douglas M. Kleeman**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9342
Fax: 504-568-9130
Email: doug.kleeman@phelps.com

# PHELPS DUNBAR

Louisiana   Mississippi   Florida
Texas | Alabama   North Carolina   London

1



EXHIBIT 1

CONFIDENTIALITY NOTICE – This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.