**Carol Thoits (7598)**

**From:** Doug Kleeman (1342)
**Sent:** Tuesday, September 27, 2016 6:16 PM
**To:** Carol Thoits (7598)
**Subject:** FW: Institute

**Doug Kleeman**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Direct: 504.584.9342
Fax: 504.5689130
Doug.Kleeman@phelps.com
phelpsdunbar.com

# PHELPS DUNBAR LLP

Louisiana | Mississippi | Florida
Texas | Alabama | North Carolina | London

**From:** Bryan Cleveland [mailto:bcleveland@zpwlaw.com]
**Sent:** Friday, September 02, 2016 3:04 PM
**To:** Doug Kleeman (1342)
**Cc:** lpatricios@zpwlaw.com
**Subject:** RE: Institute

Doug,

We have reviewed your requests. We do not believe that the detailed billing is relevant given the law that requires the insurer to pay for the insured's costs in the event it breaches the contract in a duty to defend situation. Nonetheless, we will bring time records to the mediation and if appropriate may make them available then.

Sincerely,

Bryan R. Cleveland
ZUMPANO PATRICIOS & WINKER, P.A.
312 Minorca Ave.
Coral Gables FL, 33134
Tel: 305-444-5565
Fax: 305-444-8588
Direct: 786-345-6858
BCleveland@zpwlaw.com
www.zpwlaw.com

PRIVILEGED MATERIAL
Attorney Client/Work Product

1



EXHIBIT 2

The information contained in this message may be confidential and privileged. It is intended only for the use of the individual or entity identified. If you are not the intended recipient, please do not disseminate distribute or copy. Instead please notify us at 305-444-5565 and immediately delete this message. Thank you.

**From:** Doug Kleeman (1342) [mailto:Doug.Kleeman@phelps.com]
**Sent:** Wednesday, August 31, 2016 1:35 PM
**To:** 'lpatricios@zpwlaw.com'; 'Bryan Cleveland, Esq. (bcleveland@zpwlaw.com)'
**Cc:** Katherine Karam Quirk (1264); Sandy Maynard (1543); Patricia McLean (7560)
**Subject:** RE: Institute

Leon and Bryan,

Attached are Scottsdale's requests for production, directed toward the Institute, in furtherance of my request from yesterday. As I mentioned yesterday, in order to have a meaningful and productive mediation, we will need support for the attorney's fees claims. Thanks.

**Doug Kleeman**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Direct: 504.584.9342
Fax: 504.5689130
Doug.Kleeman@phelps.com
phelpsdunbar.com

# PHELPS DUNBAR LLP

Louisiana | Mississippi | Florida
Texas | Alabama | North Carolina | London

**From:** Doug Kleeman (1342)
**Sent:** Tuesday, August 30, 2016 4:00 PM
**To:** lpatricios@zpwlaw.com; Bryan Cleveland, Esq. (bcleveland@zpwlaw.com)
**Cc:** Katherine Karam Quirk (1264); Sandy Maynard (1543)
**Subject:** Institute

Leon and Bryan,

Can you please send me your billing statements that identify the costs and time billed (including tasks for each time entry) for your work on the *Schneer* suit and the dec action? Since your claim includes attorneys fees (and since it would be great to resolve everything at mediation), we will need support for your claim of $106k in costs/fees in the *Schneer* Suit and $152,000 in costs/fees in the dec action. I will follow this with a formal request for production, but I wanted to get a head start given that mediation is next week. Thanks very much.

**Douglas M. Kleeman**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9342
Fax: 504-568-9130

Email: doug.kleeman@phelps.com

# PHELPS DUNBAR

Louisiana · Mississippi | Florida
Texas | Alabama | North Carolina   London

CONFIDENTIALITY NOTICE – This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6201 / Virus Database: 4649/12916 - Release Date: 08/31/16