## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-20658-CIV-LENARD/GOODMAN

INSTITUTE FOR CHILD & FAMILY
HEALTH, a Florida corporation f/k/a
CHILDREN'S PSYCHIATRIC CENTER,
and BLAIR HAMEL,

     Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,
an Ohio corporation,

     Defendant.

_____/

### PLAINTIFFS INSTITUTE FOR CHILD & FAMILY HEALTH
### AND BLAIR HAMEL'S NOTIFICATION OF 90 DAYS EXPIRING

Plaintiffs, Institute for Child & Family Health and Blair Hamel (hereinafter collectively referred to as "Plaintiffs"), by and through undersigned counsel, and pursuant to S.D. Fla. Gen. R. 7.1(b)(4)(A), file this "Notification of Ninety Days Expiring" relative to: (a) Defendant's Motion for Summary Judgment, served and filed May 5, 2016, (D.E. #23); (b) Plaintiffs' Cross-Motion for Partial Summary Judgment, and Response to Defendant's Motion for Summary Judgment, served and filed May 16, 2016, (D.E. #24); (c) Defendant's Response in Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment, and Response in Further Support of its Motion for Summary Judgment, served and filed June 17, 2106,

(D.E. #29); and (d) Plaintiffs' Reply to Cross Motion for Partial Summary Judgment, served and filed July 7, 2106 (D.E. #36); which motions have been pending and fully briefed with no hearing set thereon for a period of ninety (90) days.

Respectfully submitted,

ZUMPANO PATRICIOS & WINKER, P.A.
312 Minorca Avenue
Coral Gables, 33134
Tel: 305-444-5565
Fax: 305 4-8588

By:  _/s/ Bryan R. Cleveland
Joseph I. Zumpano
Florida Bar No. 56091
jzumpano@zpwlaw.com
Leon N. Patricios
Florida Bar No. 12777
lpatricios@zpwlaw.com
Bryan R. Cleveland
Florida Bar No. 0801984
bcleveland@zpwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2016, the foregoing was electronically filed with the Clerk of Courts for the U.S. District Court, Southern District of Florida, using CM/ECF.  I also certify that the foregoing is being served on this day on all counsel of record, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

_/s/ Bryan R. Clevleand
Bryan R. Cleveland

## SERVICE LIST

### CASE NO. 16-20658-CIV-LENARD/GOODMAN

**Patricia A. McLean, Esq.**
Florida Bar No. 129143
patricia.mclean@phelps.com
Phelps Dunbar LLP
100 Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

**Douglas M. Kleeman, Esq.** (admitted *Pro Hac Vice*)
doug.kleeman@phelps.com
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Fax: (504) 568-9130

*Counsel Defendant, Scottsdale Insurance Company*